# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3635
_____

LEO HOLLINGSWORTH,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

June 25, 2018


PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Leo Hollingsworth, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Brett Michael Roy Coleman, Assistant Attorney General, and Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.